STATE OF NORTH CAROLINA  IN THE GENERAL COURT OF JUSTICE
COUNTY OF GUILFORD  SUPERIOR COURT DIVISION
FILED
23 CVS 3349

2023 FEB 28 P 4:25

GUILFORD CO..C.S.C.

Krystal Michlik, )
)
)
Plaintiff, )  **COMPLAINT**
)
v. )
)
)
Brian William Wofford, Jr. and Trinity )
Transport & Towing LLC, Inc., )
)
Defendants. )

NOW COMES Plaintiff Krystal Michlik, complaining of Defendants Brian William Wofford, Jr. and Trinity Transport & Towing LLC, Inc. and demanding a trial by jury and alleges and says:

1. Plaintiff is a citizen and resident of the state of Florida.

2. Upon information and belief Defendant Brian William Wofford, Jr. is a citizen and resident of South Carolina.

3. Upon information and belief, Defendant Trinity Transport & Towing LLC, Inc. is a corporation or some other form of business entity organized and existing under the laws of the state of South Carolina. Upon further information and belief, at all times relevant to the injury claims being made herein, Defendant Brian William Wofford, Jr. was an employee and/or agent of Defendant Trinity Transport & Towing LLC, Inc .

4. On March 12, 2021, at or about 3:00 pm, Plaintiff was operating a 2013 Hyundai motor vehicle in a southerly direction of travel along State Road 1138, Old Kanuga Road, in Henderson County, North Carolina.

5. At that time, Defendant Brian William Wofford, Jr. was operating a 2000 Chevrolet motor vehicle owned by Defendant Trinity Transport & Towing LLC, Inc. in a southerly direction of travel along State Road 1138, Old Kanuga Road, in Henderson County, North Carolina and behind Plaintiff's vehicle.

6. Defendant Brian William Wofford, Jr. drove his motor vehicle into the rear Plaintiff's motor vehicle and he caused a collision between his motor

vehicle and Plaintiff's motor vehicle and he further caused Plaintiff to sustain serious bodily injuries.

7. At all times relevant to the collision being alleged herein, Defendant Brian William Wofford, Jr. owed Plaintiff a duty to at all times operate his motor vehicle in a safe and reasonably prudent manner and in compliance with all North Carolina laws governing his use of a motor vehicle.

8. Defendant Brian William Wofford, Jr. was negligent in one, some or all of the following respects:

   A. He drove his vehicle into Plaintiff's vehicle;

   B. He drove at an excessive speed in violation of N.C.G.S.§20-141;

   C. He failed to keep a proper lookout and he failed to keep his motor vehicle under proper control;

   D. He drove in a careless and reckless manner in violation of N.C.G.S. §20-140;

   E. He failed to reduce his speed to the extent necessary to avoid causing a collision; and

   F. He engaged in other acts, conduct and omissions constituting actionable negligence which shall be proven at trial.

9. As a direct and proximate result of the collision and of the acts, conduct and negligence of Defendant Brian William Wofford, Jr. as alleged herein, Plaintiff received serious and painful bodily injuries causing Plaintiff to incur medical and other expenses including lost earnings and further causing Plaintiff to have extreme pain and suffering, permanent disability and other damages all in amounts not yet fully determined, but which amounts exceed the amount of Twenty-Five Thousand Dollars ($25,000.00).

10. At all times relevant to the personal injury claims being made herein, Defendant Brian William Wofford, Jr. was an employee or agent of Defendant Trinity Transport & Towing LLC, Inc. and was acting within the course and scope of his employment and agency, Therefore, the acts, conduct, negligence and liabilities of Defendant Brian William Wofford, Jr. as alleged herein are imputable to and chargeable against Defendant Trinity Transport & Towing LLC, Inc.

WHEREFORE, it is prayed that Plaintiff Krystal Michlik have and recover of Defendants Brian William Wofford, Jr. and Trinity Transport & Towing LLC, Inc. jointly and severally, all compensatory damages incurred, or to be incurred, in excess of Twenty-five Thousand Dollars ($25,000.00), with interest from the date this suit was instituted, costs and all other appropriate relief.

A TRIAL BY JURY IS DEMANDED AS TO ALL ISSUES TRIABLE TO A JURY

*Jeffrey K. Peraldo*
Attorney for Plaintiff

FOR THE FIRM:

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 North Elm Street, Suite 200
Greensboro, NC 27401
(336) 478-6000 (telephone)
(336) 273-5597 (facsimile)
jeff@greensborolawcenter.com